IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Case Number 10-cr-00614- MSK-6

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARTIN JAVIER ALAMOS-GARCIA,
2. NOE ALAMOS-MONTES,
3. DIONISIO SALGADO-MEZA,
4. EFRAIN SALGADO-MEZA,
5. MARIBEL SALGADO, AKA "CLARA SANCHEZ," and
6. **MARISELA SALGADO**,

    Defendants.

## ORDER TERMINATING PROBATION PRIOR TO ORIGINAL EXPIRATION DATE

On June 6, 2013, the defendant filed an unopposed motion requesting early termination of her probation supervision. The Court ordered a response to be filed by the Probation Office on or before June 17, 2013. On June 18, 2013, the Probation Office filed a Petition for Early Termination of Probation indicating the defendant had fully complied with all terms and conditions of probation, and an early termination was warranted. (Doc. #262.) On July 2, 2013, the Government responded that it had no objection to an early termination of probation.

On July 5, 2013, the Court granted the motion for early termination of probation and directed defense counsel and the Probation Office to jointly prepare a corresponding order and submit it to the Court on or before July 12, 2013. It is

**ORDERED** that the defendant be discharged from probation.

DATED this 17th day of July, 2013.

                                      **BY THE COURT:**

                                      Marcia S. Krieger
                                      Chief United States District Judge